**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08-6437 (RHK/SER) |
| PLAINTIFF, | **ORDER** |
| v. | |
| REAL PROPERTY AND PREMISES LOCATED AT 216 KENMORE AVENUE, DEERFIELD, ILLINOIS, AND 950 BRISTOL DRIVE, DEERFIELD, ILLINOIS, | |
| DEFENDANTS. | |

_____

The forfeiture of the above-captioned Defendant properties having being been completed in the related criminal case, *United States v. Russell Adam Cole and Abby Rae Cole*, Criminal No. 09-193 (MJD/AJB), now therefore,

**IT IS ORDERED** that this civil forfeiture action is **DISMISSED WITHOUT PREJUDICE**, and each party shall bear their own costs, disbursements and attorney's fees incurred in connection with this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 19, 2011

             s/Richard H. Kyle
             RICHARD H. KYLE
             United States District Judge